# Court of Appeals
# of the State of Georgia

ATLANTA, __March 25, 2025__

*The Court of Appeals hereby passes the following order:*

**A25E0086. MIRE v. SHEIKH.**

On February 26, 2025, the Superior Court of Gwinnett County entered a final judgment and decree of divorce in the above-cited action. On March 25, 2025, appellant's counsel filed an emergency motion, pursuant to Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the superior court's order. Appellant's motion is hereby GRANTED. Counsel for appellant has until April 25, 2025, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/25/2025__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*